UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

VS                                                      CASE NO.  5:05cr35/MCR

LORRIE L. ALLEN

**REFERRAL AND ORDER**

Referred to Judge M. Casey Rodgers on  July 6, 2006
Motion/Pleadings: MOTION TO DISMISS INDICTMENT
Filed by Government         on 7/06/2006     Doc.# 34

RESPONSES:
_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

_____ Stipulated        _____ Joint Pldg.
_____ Unopposed         _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/ *Susan Simms*

LC (1 OR 2)                 Deputy Clerk

# ORDER

Upon consideration of the foregoing, it is ORDERED this 7th day of July, 2006, that:

The relief requested is GRANTED.

s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
*United States District Judge*

Entered On Docket: _____ By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.